# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

| | |
|---|---|
| **ANTHONY FYFFE**, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>**TRIHEALTH, INC.**<br><br>Defendant | Case No. 1:20-CV-00783-MRB<br><br>JUDGE MICHAEL R. BARRETT<br><br>MAGISTRATE KAREN L. LITKOVITZ<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B) |

## ORDER APPROVING SETTLEMENT AND DISMISSAL OF LAWSUIT WITH PREJUDICE

After a review of the Plaintiff's Unopposed Motion for Approval of Settlement, the Declarations of Plaintiffs' Counsel, and the Settlement Agreement, along with all exhibits thereto, the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act. *See, e.g.*, *Dillworth et. al. v. Case Farms Processing, Inc.*, No. 5:08-cv-1694, 2010 WL 776933, at *9 (N.D. Ohio Mar. 8, 2010); *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); 29 U.S.C. § 216.

ACCORDINGLY, it is hereby ORDERED AND ADJUDGED as follows:

1. The Settlement Agreement between Named Plaintiff Anthony Fyffe ("Named Plaintiff Fyffe"), on one hand, and Defendants TriHealth, Inc. ("Defendant"), on the other, is APPROVED.

2. The Court hereby DISMISSES THIS ACTION WITH PREJUDICE.

3. Without affecting the finality of this Order in any way, the Court retains continuing and exclusive jurisdiction over this action for the purpose of the administration and enforcement of the Settlement Agreement.

SIGNED on this __20th__ day of September, 2021.

/s/ Michael R. Barrett
_____
HONORABLE MICHAEL R. BARRETT
UNITED STATES DISTRICT JUDGE